UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO

Thomas A. Pedreira (No. 106169)
Lybeck Pedreira & Justus, PLLC
7900 SE 28th St., Suite 500
Mercer Island, WA 98040
Ph. 206-687-7805
Attorney for Defendant Michael Chu

| | |
|---|---|
| **MALIBU MEDIA, LLC,**<br>*Plaintiff,*<br><br>vs.<br><br>**MICHAEL CHU,**<br>*Defendant.* | Case No. 2:16-cv-02713 JAM KJN<br><br>**INITIAL STIPULATION RE EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

Pursuant to Eastern District Local Rule 6-144, the parties have stipulated to grant Defendant a 28-day extension in which to file a responsive pleading to Plaintiff's Amended Complaint in the above-entitled matter. Pursuant to this initial stipulation, Defendant will file and serve its responsive pleading on or before December 5, 2016.

Dated: November 7, 2016

    Lybeck Pedreira & Justus, PLLC
    /s/ Thomas A. Pedreira
    Thomas A. Pedreira (No. 106169)
    Attorneys for Defendant

Dated: November 7, 2016

    Pillar Law Group, APLC
    /s/ Brenna E. Erlbaum
    Brenna E. Erlbaum (No. 263390)
    Attorneys for Plaintiff